**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In the Matter of | : | No. 59 DB 2024 (32 RST 2024) |
| | : | |
| TED MICHAEL GREENBERG | : | Attorney Registration No. 38329 |
| | : | |
| PETITION FOR REINSTATEMENT | : | |
| FROM RETIRED STATUS | : | (Philadelphia) |

## O R D E R

**PER CURIAM**

**AND NOW**, this 1st day of August, 2024, the Report and Recommendation of Disciplinary Board Member dated July 22, 2024, is approved and it is ORDERED that TED MICHAEL GREENBERG, who has been on Retired Status, has demonstrated that he has the moral qualifications, competency, and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth. The expenses incurred by the Board in the investigation and processing of this matter shall be paid by the Petitioner.